**SANDISK CORPORATION, Plaintiff–Appellant,**

v.

**SAMSUNG ELECTRONICS CO., LTD., Defendant–Appellee,**

Nos. 02–1475, 02–1513.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2002.

*ORDER*

Upon consideration of SanDisk Corporation and Samsung Electronics Co., Ltd.'s joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**AUTO WAX CO., INC., Plaintiff–Cross Appellant,**

v.

**MARK V PRODUCTS, INC., Defendant–Appellant.**

Nos. 02–1102, 02–1202.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2002.

*ORDER*

Auto Wax Co., Inc. and Mark V Products, Inc. move jointly and without opposition to voluntarily dismiss 02–1102, –1202.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.